JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ON REPEAT BV, a Belgian Corporation,<br><br>    Plaintiff.<br><br>    vs.<br><br>GOOSE, LLC, a Connecticut Limited Liability Company,<br><br>    Defendant.<br><br>AND COUNTERCLAIM. | Case No. 2:23-cv-01631-SHK<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE [FED. R. CIV. P. 41]**<br><br>The Honorable Shashi H. Kewalramani |

1 | Pursuant to the stipulation of the parties under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS ORDERED that this action be, and hereby is, dismissed with prejudice as to the parties' respective claims and counterclaims, with each party bearing that party's own attorneys' fees and costs, under the terms of that certain Settlement Agreement entered into by the parties on about January 29, 2024.  Furthermore, the Court hereby expressly retains jurisdiction over this matter to enforce the parties' settlement agreement.

**IT IS SO ORDERED.**

DATED: __02/05/2024_____     _____
                                  HON. SHASHI H. KEWALRAMANI
                                  UNITED STATES MAGISRATE JUDGE